No. 73-58. Senak *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 73-59. American Family Mutual Insurance Co. *v.* Luke et al. C. A. 8th Cir. Certiorari denied.

No. 73-60. P. G. Berland Paint City, Inc. *v.* National Labor Relations Board. C. A. 7th Cir. Certiorari denied.

No. 73-63. Young *v.* Clear Lake Yacht Basin, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 73-68. New Jersey *v.* Kaiser et al. C. A. 3d Cir. Certiorari denied.

No. 73-70. Montana *v.* Glick et al. Sup. Ct. Mont. Certiorari denied.

No. 73-71. Warren *v.* Rosenthal, Executrix. C. A. 2d Cir. Certiorari denied.

No. 73-77. Rothberg *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73-83. Galardi et al. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 73-84. Walker *v.* Brennan, Secretary of Labor. C. A. 5th Cir. Certiorari denied.

No. 73-86. Powers *v.* Bethlehem Steel Corp. et al. C. A. 1st Cir. Certiorari denied.